UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, a Minor, by and through her Mother and Next Friend, AMANDA WALTON, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| BOARD OF EDUCATION OF EAST PEORIA ELEMENTARY SCHOOL DISTRICT NO. 86, and DENNIS VANDIVER, ERIC DUCKWORTH, JASON COWEN, CHAD CUNNINGHAM, CONNIE ENNIS, CHAD KRAMER, PATTY MINGUS, TONY INGOLD, SIMON MERILA and MIKE WALLACE, in their individual and official capacities, | ) No. ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, BOARD OF EDUCATION OF EAST PEORIA ELEMENTARY SCHOOL DISTRICT NO. 86, and DENNIS VANDIVER, ERIC DUCKWORTH, JASON COWEN, CHAD CUNNINGHAM, CONNIE ENNIS, CHAD KRAMER, PATTY MINGUS, TONY INGOLD, SIMON MERILA and MIKE WALLACE (hereinafter "Defendants''), in their individual and official capacities, by counsel, and pursuant to 28 U.S.C. § 1441 and § 1446, hereby notice the removal of the above-captioned cause of action, and in support thereof state::

1.     Plaintiff filed this action on January 28, 2022 in the Circuit Court of the Tenth Judicial Circuit, Tazewell County, Illinois under Cause No. 2022-LA-00014. A true and accurate copy of the Complaint is attached and made a part of this Notice as Exhibit A.

2.     Defendants were served with a copy of the Summons and Complaint on May 2, 2022.

3.     Defendants are appearing by counsel and filing their Appearance to Plaintiff's Complaint contemporaneously with this Notice of Removal, and will file an Answer upon assignment of a Court Docket Number.

4.     Plaintiff's Complaint asserts a claim pursuant to 42 U.S.C. § 1983 for allegedly depriving her of her due process rights under the Fourteenth Amendment. Therefore this matter is within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343, entitling the Defendants to file this Notice of Removal.

5.     This action is being removed within 30 days of service of Plaintiff's Complaint for Damages pursuant to 28 U.S.C. §1446(b).

WHEREFORE, Defendants, BOARD OF EDUCATION OF EAST PEORIA ELEMENTARY SCHOOL DISTRICT NO. 86, and DENNIS VANDIVER, ERIC DUCKWORTH, JASON COWEN, CHAD CUNNINGHAM, CONNIE ENNIS, CHAD KRAMER, PATTY MINGUS, TONY INGOLD, SIMON MERILA and MIKE WALLACE, respectfully request that the Court exercise jurisdiction over this cause and that this action be removed to this Court and Division.

Respectfully submitted,

_/s/_

Stuart N. Rappaport, ARDC 6198875
*Attorney for Defendants'*

Izzo, Rappaport & Stiefbold
33 N. Dearborn Street, Suite 1605
Chicago, Illinois 60602
Tel: 312-706-1900
Fax: 855-283-6875
Stuart.Rappaport@Selective.com
ARDC 6198875

**CERTIFICATE OF SERVICE**

      I hereby certify the foregoing was electronically filed on this 24th day of May, 2022, through the Court's CM/ECF system.

Nina R. Gougis
Law Office of Nina R. Gougis
524 Court Street
Pekin IL 61554
309-282-6325
Ninagougislaw@gmail.com

                                                */s/ Nicole K. Villa*