IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF: | ) | |
| | ) | |
| JANE DOE, a Minor, by and through | ) | |
| Her Mother and Next Friend, | ) | |
| AMANDA WALTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.   22-cv-01174-JES-JEH |
| | ) | |
| THE BOARD OF EDUCATION OF | ) | |
| EAST PEORIA ELEMENTARY | ) | |
| SCHOOL DISTRICT NO. 86; and | ) | |
| DENNIS VANDIVER, ERIC | ) | |
| DUCKWORTH, JASON COWEN, | ) | |
| CHAD CUNNINGHAM, CONNIE ENNIS, | ) | |
| CHAD KRAMER, PATTY MINGUS, | ) | |
| TONY INGOLD, SIMON MERILA, and | ) | |
| MIKE WALLACE, In their individual and | ) | |
| Official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO STAY DISCOVERY PENDING SETTLEMENT**

NOW COMES, JANE DOE, a Minor, by and through Her Mother and Next Friend, AMANDA WALTON, by and through her attorneys, Jim Rochford and Associates, and for her Motion to Stay Discovery states as follows:

1. On July 26, 2022, the Court entered an order adopting the parties' discovery plan and setting the following schedule:

   a. Discovery to be completed by 5/26/23.

   b. Dispositive motions due by 7/1/23.

   c. Final Pretrial Conference set for 11/16/23 at 9:00 AM

   d. Jury Trial set for 12/11/23 at 9:00 AM.

2.The parties reached a tentative settlement in early 2023 and are in the process of finalizing settlement.

3.Plaintiff requests that all court dates be vacated, and all deadlines be stayed pending settlement.

4.On April 3, 2023, Ms. Gougis consulted with Stuart Rappaport, Defendants' attorney, via email to inquire whether he objected to this motion. Ms. Gougis advised Mr. Rappaport that she would be filing this motion the morning of Wednesday, April 5, 2023. On April 4, 2023, Mr. Rappaport responded that he has no objection to this Motion. The email exchange is attached hereto.

WHEREFORE, Plaintiff JANE DOE, by and through Her Mother and Next Friend, AMANDA WALTON, respectfully requests that this Court vacate all hearing dates, stay all deadlines pending settlement, and grant Plaintiff any other such relief as may be just and proper.

JANE DOE, by and through Her Mother and
Next Friend, AMANDA WALTON
Plaintiff,

By: /s/ *Nina R. Gougis*

Nina R. Gougis
Jim Rochford and Associates
101 SW Adams, Suite 700
Peoria, IL 61602
ngougis@rochfordlaw.com
(309) 637-5322 (Telephone)
(309) 637-5346 (Fax)
Peoria Attorney Firm #1612

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2023, I electronically filed the foregoing document, along with this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notice to the following:

Stuart N. Rappaport
Rappaport & Stiefbold
33 N. Dearborn Street, Suite 1605
Chicago, Illinois 60602
Phone: (312) 706-1899
Fax: (855) 283-6875
Stuart.Rappaport@selective.com

                                                                                              _____
                                                                                                Nina R. Gougis

Nina R. Gougis
Jim Rochford and Associates
101 SW Adams, Suite 700
Peoria, IL 61602
Phone:  (309) 637-5322
Fax:     (309) 637-5346
Email: ngougis@rochfordlaw.com



Nina Gougis <ngougis@rochfordlaw.com>

---

## Case 1:22-cv-01174-JES-JEH Doe et al v. BOARD OF EDUCATION OF EAST PEORIA ELEMENTARY SCHOOL DISTRICT NO. 86 et al
3 messages

---

**Nina Gougis** <ngougis@rochfordlaw.com>  Mon, Apr 3, 2023 at 5:47 PM
To: Stuart.Rappaport@selective.com

Hi Stuart,

I have attached the stipulation for substitution of counsel filed in this case, as well as appearances for Rochford and Associates, removing my old firm.

Additionally, I have attached a motion to stay all deadlines and vacate hearings pending settlement. Please let me know if you agree or object to this motion. I plan to file it on the morning of 4/5.

Thanks!
--
Nina R. Gougis
Jim Rochford & Associates
101 SW Adams, Suite 700
Peoria, IL 61602
[ngougis@rochfordlaw.com](mailto:ngougis@rochfordlaw.com)
(309) 637-5322  Phone
(309) 637-5346  Fax

This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited.  If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.  This communication does not form any contractual obligation on behalf of the sender or Jim Rochford and Associates.

---

**4 attachments**

 **Appearance JMR.pdf**
155K

 **Appearance NRG.pdf**
151K

 **Stipulation for Substitution of Counsel .pdf**
158K

 **Motion to Stay Discovery Pending Settlment .docx**
41K

---

**Stuart Rappaport** <Stuart.Rappaport@selective.com>  Tue, Apr 4, 2023 at 1:01 PM
To: Nina Gougis <ngougis@rochfordlaw.com>

I agree to motion


Please do update the firm name for me (see below – no more Izzo)


Thanks

## Stuart N. Rappaport

*Managing Attorney*

Rappaport & Stiefbold

33 N. Dearborn Street, Suite 1605

Chicago, Illinois 60602

312 706-1906

Cell 224 250-0586

Fax: 855-283-6875

stuart.rappaport@selective.com

We have transitioned to a paperless environment. In order to facilitate our response to communications, we would appreciate your sending all communications to our office electronically by email, rather than in paper form by regular mail or fax.  We thank you for your consideration and courtesy.

STAFF COUNSEL OFFICE OF SELECTIVE

INSURANCE COMPANY OF AMERICA

CONFIDENTIALITY NOTICE:  This e-mail, including attachments, contains information that is confidential and it may be protected by the attorney-client or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient, please delete this e-mail, including attachments, and notify me, by return mail, e-mail, or telephone.  The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

CONFIDENTIAL, PROPRIETARY, UNPUBLISHED PROPERTY OF SELECTIVE INSURANCE COMPANY OF AMERICA

USE, DUPLICATION AND DISTRIBUTION RIGHTS LIMITED SOLELY TO AUTHORIZED PERSONNEL.

©2023 Selective Insurance Company of America

---

**From:** Nina Gougis <ngougis@rochfordlaw.com>
**Sent:** Monday, April 3, 2023 5:48 PM
**To:** Stuart Rappaport <Stuart.Rappaport@selective.com>
**Subject:** Case 1:22-cv-01174-JES-JEH Doe et al v. BOARD OF EDUCATION OF EAST PEORIA ELEMENTARY SCHOOL DISTRICT NO. 86 et al

You don't often get email from ngougis@rochfordlaw.com. Learn why this is important

External Email – Use Caution

[Quoted text hidden]

---

**Nina Gougis** <ngougis@rochfordlaw.com>  Tue, Apr 4, 2023 at 1:19 PM
To: Stuart Rappaport <Stuart.Rappaport@selective.com>

Thank you!

[Quoted text hidden]